IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MYERS CONSTRUCTION, INC., A Nebraska Corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>ANTON ANTONOV, AV TRANSPORTATION, INC., A Florida Corporation;<br><br>    Defendants. | 4:12CV3236<br><br>**MEMORANDUM AND ORDER** |

  The defendants have moved to compel production of the "Bill of Lading for the shipment of the telehandler at issue in this case." Filing No. 31. The Bill of Lading was the topic of a prior Request for Production. (Filing No. 32-1, at CM/ECF p. 6, Request No. 11). The plaintiff did not object to the request or produced the document, and it has not responded to the motion to compel. The deadline for responding has passed. The motion is deemed fully submitted.

  Accordingly,

  IT IS ORDERED:

  1)  Defendants' motion to compel, (Filing No. 31), is granted.

  2)  On or before August 23, 2013, the plaintiff shall provide to the defendants a copy of the Bill of Lading for the shipment of the telehandler at issue in this case.

August 8, 2013.

                     BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge