IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MYERS CONSTRUCTION, INC., A Nebraska Corporation;<br><br>         Plaintiff,<br><br>    vs.<br><br>ANTON ANTONOV,  AV TRANSPORTATION, INC., A Florida Corporation;<br><br>         Defendants. | 4:12CV3236<br><br>ORDER |

Counsel have advised the court that his case may now be in receivership and, as a result, a stay of further proceedings in this court may be necessary.

IT IS ORDERED:

1) On or before September 13, 2013, the parties shall file a notice with the court stating whether this case must be stayed pursuant to the insurer receivership/liquidation orders of the Texas court, along with copies of any Texas court orders on this issue.

2) If the case is not stayed by the Texas orders, the parties shall contact my chambers during the week of September 16, 2013 to set a conference call for discussing further case progression.

September 3, 2013.                          BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge