IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MYERS CONSTRUCTION, INC., A Nebraska Corporation;<br><br>             Plaintiff,<br><br>     vs.<br><br>ANTON ANTONOV, AV TRANSPORTATION, INC., A Florida Corporation;<br><br>             Defendants. | 4:12CV3236<br><br>**MEMORANDUM AND ORDER** |

Pursuant to Filing No. 41, this action was mandatorily stayed on September 13, 2013.

IT IS ORDERED:

1)   The pretrial conference, set for December 10, 2013, and the trial, currently set for December 19, 2013, are continued until further order of the court.  The parties are instructed to contact the court within ten (10) days after the stay is lifted.

2)   The telephonic status conference set for November 13, 2013 at 2:00 p.m. is canceled.

Dated this 13th day of November, 2013.

BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge